FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 9 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02555-BNB

JUAN QUINTANA NAVARETTE,

    Plaintiff,

v.

ENGLEWOOD FCI,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Juan Quintana Navarette initiated this action by filing a pleading titled, "Statement Seeks of Justice Assistance." On November 24, 2008, Magistrate Judge Boyd N. Boland entered an order, in which he directed the Clerk of the Court to commence a civil action and instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file the Complaint on a proper Court-approved form used in filing **pro se** prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff also was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 18, 2008, Mr. Navarette submitted a Motion requesting an extension of time to cure the deficiencies. Mr. Navarette asserted in the Motion that he needed a three-month extension so that he could exhaust his administrative remedies. Magistrate Judge Boland denied the Motion and directed Plaintiff to comply with the

November 24, 2008, Order within the time allowed. Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure all of the identified deficiencies within the time allowed. The Complaint and the action will be dismissed without prejudice for failure to cure all deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 7 day of Jan., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02555-BNB

Juan Quintana Navarette
Reg No. 33599-013
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/8/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk